JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE FIDEL FLORES, | ) | Case No. CV 14-2687-RGK (KK) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| W.L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 11/13/14

*/s/ Gary Klausner*

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE